UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re: JAMES BATEMON,  Chapter 13

Debtor.  Case No.: 18-22333-BHL

**AFFIDAVIT OF SERVICE**

STATE OF WISCONSIN  )
                    ) ss.
MILWAUKEE COUNTY    )

      I, Faline Townsend, swear and affirm that on February 10, 2019, the **Notice and Request to Modify Confirmed Chapter 13 Plan** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

U.S. Bankruptcy Clerk

Office of the U.S. Trustee

Scott Lieske
Chapter 13 Trustee

      I, Faline Townsend, further swear and affirm, that on February 14, 2019, I have mailed by **first-class mail** the same documents to the following non-ECF participants reflected on the attached mailing matrix and if applicable listed below (however, copies have not been mailed to addresses which the Court designated as having been superseded by a preferred address on file, or which the Court designated as undeliverable or duplicate addresses, as indicated in the mailing matrix):

Franklin Financial Corporation
Attn: Lucas Hinrichs, President
10101 West Greenfield Avenue, Suite 200
Milwaukee, WI 53214-3953

City of Milwaukee
Attn: Grant F. Langley, City Attorney
Frank P. Zeidler Municipal Building
841 North Broadway, 7th Floor
Milwaukee, WI 53202

Deutsche Bank National Trust Company
Attn: Jacques Brand, CEO, North America
60 Wall Street
New York, NY 10005-2836

Subscribed and sworn to before
me this 14th day of February, 2019.

/s/
Atty. Thomas Napierala
Notary Public, State of Wisconsin
My commission is permanent



/s/
Faline Townsend
Strouse Law Offices
413 N. 2nd Street, Suite 150
Milwaukee, WI 53203
(414) 390-0820

Label Matrix for local noticing
0757-2
Case 18-22333-bhl
Eastern District of Wisconsin
Milwaukee
Thu Feb 14 13:39:48 CST 2019

AT&T Corp
% AT&T Services, Inc.
Karen Cavagnaro, Esq.
One AT&T Way, Suite 3A104
Bedminster, NJ 07921-2693

AT&T Uverse
P.O. Box 5014
Carol Stream, IL 60197-5014

Alliance Collection Agencies
PO Box 1267
Marshfield, WI 54449-7267

(p)AMERICOLLECT INC
PO BOX 2080
MANITOWOC WI 54221-2080

Aurora Health Care Metro Inc
PO Box 343910
Milwaukee, WI 53234-3910

CHI St. Francis Health
c/o DCI Credit Services, Inc.
Drawer 1347
1409 West Villard
Dickinson, ND 58601-4649

Central Collection Corporation
3055 N Brookfield Rd Ste 31
Brookfield, WI 53045-3336

Central Collections
3055 N. Brookfield Road
Brookfield, WI 53045-3336

City of Milwaukee
Attorney Grant Langley
200 East Wells Street
Milwaukee, WI 53202-3515

City of Milwaukee
Milwaukee Water Works
841 North Broadway
Room #406
Milwaukee, WI 53202-3687

City of Milwaukee
Office of City Treasurer
200 E. Wells Street
Rm 103
Milwaukee, WI 53202-3546

ERC/Enhanced Recovery Corp
Attn: Bankruptcy
8014 Bayberry Road
Jacksonville, FL 32256-7412

Franklin Financial Corporation
10101 West Greenfield Avenue
Suite #200
Milwaukee, WI 53214-3953

Franklin Financial Corporation
6001 W Capitol Drive
Milwaukee, WI 53216-2155

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

Lisa Batemon
2852 North 41st Street
Milwaukee, WI 53210-1810

Lisa Batemon
c/o WI SCTF
P.O. Box 07914
Milwaukee, WI 53207-0914

MILWAUKEE WATER WORKS
200 E WELLS ST
RM 800
MILWAUKEE WI 53202-3515

Medical College of Wisconsin
8701 Watertown Plank Road
Milwaukee, WI 53226-3548

Medical College of Wisconsin
9200 West Wisconsin Avenue
Milwaukee, WI 53226-3522

Medical College of Wisconsin
P.O. Box 13367
Milwaukee, WI 53213-0367

Milwaukee County Child Support Agency
901 N 9th ST, Rm. 101
Milwaukee, WI 53233-1425

Ocwen Loan Servicing, LLC
Attn: Research/Bankruptcy
1661 Worthington Road, Suite 100
West Palm Bch, FL 33409-6493

Ocwen Loan Servicing, LLC
c/o Nationwide Credit, Inc.
P.O. Box 14581
Des Moines, IA 50306-3581

Pediatric Diagnostic Imaging
6400 Industrial Loop
Greendale, WI 53129-2452

Rhonda Witherspoon
c/o WI SCTF
P.O. Box 07914
Milwaukee, WI 53207-0914

West Allis Memorial Hospital
8901 West Lincoln Avenue
Milwaukee, WI 53227-2477

West Allis Memorial Hospital
P.O. Box 343
Milwaukee, WI 53201-0343

| | | |
|---|---|---|
| Wisconsin Department of Revenue<br>2135 Rimrock Road<br>PO Box 8901<br>Madison, WI 53708-8901 | Wisconsin Department of Revenue<br>819 North 6th Street<br>Suite 408<br>Milwaukee, WI 53203-1606 | James Batemon<br>5083 N. 56th St.<br>Milwaukee, WI 53218-4213 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americollect Inc<br>PO Box 1566<br>1851 South Alverno Road<br>Manitowoc, WI 54221 | Internal Revenue Service<br>211 W. Wisconsin Avenue<br>Milwaukee, WI 53203 | (d)Internal Revenue Service<br>Centralized Insolvency Unit<br>P.O. Box 21126<br>Philadelphia, PA 19114 |
| (d)Internal Revenue Service<br>Department of the Treasury<br>Kansas City, MO 64999-0030 | | |